Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

In re:
JOSEPHINE ANN EWALD

Case No. 09-32291-K
Account No.

JP MORGAN CHASE BANK
PO BOX 182223  OH1-1188
NATIONAL PAYMENT CENTER
COLUMBUS, OH  43218-2223

JOSEPHINE ANN EWALD
8401 ANDREA LN #K
UNIT 1
WOODRIDGE, IL  60517

GERACI LAW LLC
55 E MONROE #3400
CHICAGO, IL  60603

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B (2)(b) was sent in error on February 16, 2010.

/S/  Ryan Faye
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U .S. Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on August 12, 2013.

/S/  Ryan Faye
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888